**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NEOLPHARMA INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0790995** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **99 JARDINES ST.**<br>**Caguas, PR 00725**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Caguas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | NEOLPHARMA INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>    3254    </u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

Debtor    **NEOLPHARMA INC.**

<sub>Name</sub>

Case number (*if known*) _____

| List all cases. If more than 1, attach a separate list | Debtor | CEDIPROF, INC. (CASE CLOSED) | Relationship | **RELATED ENTITY** |
|---|---|---|---|---|
| | District | SAN JUAN   When   11/04/22 | Case number, if known | 22-03198 |

---

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    NEOLPHARMA INC.
_____
          Name

Case number (*if known*) _____

---

▮ Request for Relief, Declaration, and Signatures

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 22, 2025
              MM / DD / YYYY

X _____          MARCO A. MONROUZEAU BONILLA
Signature of authorized representative of debtor    Printed name

Title   AUTHORIZED REPRESENTATIVE

---

**18. Signature of attorney**

X _____          Date   January 22, 2025
Signature of attorney for debtor                     MM / DD / YYYY

CARMEN D. CONDE TORRES 207312
Printed name

C. CONDE & ASSOC.
Firm name

254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
Number, Street, City, State & ZIP Code

Contact phone   787-729-2900          Email address   condecarmen@condelaw.com

207312 PR
Bar number and State

---

## CONSENT OF THE BOARD OF DIRECTORS

## OF NEOLPHARMA, INC.

The undersigned, being all the Directors of NEOLPHARMA, Inc. a Puerto Rico corporation (the Corporation"), hereby consent in writing to the following actions without a meeting, pursuant to Section 4.01 of the Puerto Rico Corporations Act of 2009, 14 LPRA §3561:

"WHEREAS, the Board of Directors (the "Board") have been informed and advised by counsel of the alternatives and consequences for the Corporation of filing for bankruptcy under the United States Bankruptcy Code (the "Bankruptcy Code") and, specially, the meaning and consequences of filing for bankruptcy under Chapter 11 of the Bankruptcy Code.

WHEREAS, the Board of the Corporation deem that filing for bankruptcy under Chapter 11 of the Bankruptcy Code is in the best interests of the Corporation;

NOW THEREOF, BE IT RESOLVED, that the Corporation is authorized to file for bankruptcy under Chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED, that Marco A. Monrouzeau Bonilla is authorized to sign, execute and deliver, on the Corporation's behalf, the Petition for Bankruptcy, its Schedules and the Statement of Financial Affairs and any other matter and/or documents related to the bankruptcy proceedings.

FURTHER RESOLVED, that Marco A. Monrouzeau Bonilla was authorized to retain the services of Carmen D. Conde-Torres to serve as counsel for the Corporation in connection with the bankruptcy proceedings referenced above, and to retain any other experts of consultants that he or counsel for the Corporation deem necessary in connection with the bankruptcy proceedings."

This Consent shall be effective for all purposes as of the last date written below.

Director and President  of Neolpharma Inc.

By:  Efren Ocampo

Title: President

Date: January 20 , 2025

NEOLPHARMA, INC.
2012
#313468
PUERTO RICO

**Fill in this information to identify the case:**

Debtor name    NEOLPHARMA INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 22, 2025**    X _____
Signature of individual signing on behalf of debtor

**MARCO A. MONROUZEAU BONILLA**
Printed name

**AUTHORIZED REPRESENTATIVE**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: NEOLPHARMA INC.

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LUMA ENERGY, LLC PO BOX 363508 San Juan, PR 00936-3508 | | UTILITIES | Unliquidated | | | $5,336,741.75 |
| AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS PO BOX 70101 San Juan, PR 00936-8101 | | UTILITIES | Unliquidated | | | $817,051.10 |
| DAVID KIVETT c/o BRIAN C. LEGROW 717 CONSTITUTION DRIVE, SUITE 201 Exton, PA 19341 | | LAWSUIT IN THE DISTRICT COURT OF PUERTO RICO (CASE #24-00140) | Unliquidated | | | $537,052.06 |
| EMPIRE GAS COMPANY, INC. PO BOX 363651 San Juan, PR 00936 | | PROPANE AGREEMENT | | | | $493,738.63 |
| TRANSFUEL, LLC PO BOX 711 Mayaguez, PR 00681 | | DIESEL AGREEMENT | | | | $455,400.64 |
| CROWLEY LNG PUERTO RICO, LLC c/o FAST SOLUTIONS, LLC, CITI TOWER, 252 PONCE DE LEON AVENUE, FLOOR 20 San Juan, PR 00918 | | NATURAL GAS AGREEMENT | | | | $378,218.53 |

Debtor  __NEOLPHARMA INC.__   Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ECDC CONSULTING GROUP, LLC PO BOX 1343 Trujillo Alto, PR 00977 | | PROFESSIONAL SERVICES PRODUCTION DEVELOPMENT | | | | $140,699.66 |
| PEERLESS OIL & CHEMICALS, INC. FIRM DELIVERY 671 RD 337 Penuelas, PR 00624-7513 | | DIESEL LAWSUIT OF COLLECTION OF MONEY (CASE CG2024CV04623) | Contingent Unliquidated Disputed | | | $129,212.86 |
| FISHER SCIENTIFIC PO BOX 3648 Boston, MA 02241-3648 | | LAB MATERIAL | | | | $118,845.18 |
| ALCAMI CORPORATION PO BOX 603059 Charlotte, NC 28260-3059 | | RAW MATERIAL PRODUCTION | | | | $109,128.85 |
| TECHNICAL SUPPORT & SERVICES, LLC PARQUE LAS HACIENDAS CALLE OTOAU F-11 Caguas, PR 00725 | | MAINTENANCE SERVICES LAWSUIT OF COLLECTION OF MONEY (CASE CG2024CV03688) | Contingent Unliquidated Disputed | | | $96,740.00 |
| MCS HEALTH MANAGEMENT OPTIONS, INC. MCS LAZA SUITE 160 255 PONCE DE LEON AVENUE HATO REY, PR 00180 | | MEDICAL PLAN TERMINATED | Contingent Unliquidated Disputed | | | $88,228.12 |
| MM PACKAGING PO BOX 999 Guaynabo, PR 00969 | | PACKAGING MATERIALS | | | | $76,809.04 |
| PLAN DE SALUD MENONITA PO BOX 364668 San Juan, PR 00936 | | AGREEMENT MEDICAL PLAN | | | | $69,415.41 |
| ERNESTO LOPEZ & ASSOCIATES, INC. 898 MUNOZ RIVERA AVE, SUITE 204 San Juan, PR 00927 | | PROFESSIONAL SERVICES | | | | $59,817.00 |

Debtor  __NEOLPHARMA INC._____  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IMAGE DIRECT-IDEESS, INC. SUITE 140 PMB 458 Caguas, PR 00725 | | SERVICE PROVIDER | | | | $58,696.36 |
| CAPSUGEL MANUFACTURING PO BOX 640091 500 FIRST AVE. Pittsburgh, PA 15264-0091 | | CAPSUL PROVIDER | | | | $49,588.91 |
| MOTION INC. CARRETERA 2 KM. 16.60 BO. CANDELARIA Toa Baja, PR 00950 | | PROVIDOR OR FILTERS AND OTHER EQUIPMENT | | | | $47,364.00 |
| BECKMAN COULTER, INC. 481 CALIFORNIA AVE. GRANTS PASS, OR 94526 | | PROVIDER OF LAB EQUIPMENT AND OTHER SUPPLIES | | | | $43,636.38 |
| PVSR CORPORATION PO BOX 1548 Vega Baja, PR 00694-1548 | | LAWSUIT OF COLLECTION OF MONEY (CASE CG2024CV03055) | Contingent | | | $43,597.00 |

**Fill in this information to identify the case:**

Debtor name    NEOLPHARMA INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................    $    **9,670,356.34**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................    $    **19,378,809.42**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................    $    **29,049,165.76**

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **11,020,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $    **7.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **10,048,879.62**

4. Total liabilities ....................................................................
    Lines 2 + 3a + 3b      $    **21,068,886.62**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   NEOLPHARMA INC. _____    Case No. _____

_____ Debtor(s)    Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept _____    $   _____

Prior to the filing of this statement I have received _____    $   _____

Balance Due _____    $   _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____    $        **50,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____    $          **350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.    $   **1,738.00** _____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **RETAINER REQUESTED BUT NOT RECEIVED**

4.    The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **DEBTOR OR RELATED PARTY**

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
    **ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:
    $350.00 PER HOUR FOR CARMEN D. CONDE TORRES PLUS COST AND EXPENSES;
    $300.00 PER HOUR FOR ASSOCIATES PLUS COST AND EXPENSES;
    $275.00 PER HOUR FOR JUNIOR ATTORNEY PLUS COST AND EXPENSES;
    $150.00 PER HOUR FOR ASSISTANCE SUCH AS PARALEGAL, IN HOUSE SPECIAL CLERICAL SERVICES OR
    ACCOUNTING ANALYST PLUS COST AND EXPENSES.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    NEOLPHARMA INC.                                                    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 22, 2025
_____
*Date*

CARMEN D. CONDE TORRES 207312
_____
*Signature of Attorney*
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900   Fax: 787-729-2203
condecarmen@condelaw.com
_____
*Name of law firm*

## United States Bankruptcy Court
### District of Puerto Rico

In re  NEOLPHARMA INC.

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| NEOLPHARMA INTERNATIONAL S.A. DE C.V.<br>99 JARDINES ST.<br>Caguas, PR 00725 | Stock | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **AUTHORIZED REPRESENTATIVE** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 22, 2025**

Signature

MARCO A. MONROUZEAU BONILLA

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Puerto Rico**

In re   NEOLPHARMA INC.

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the AUTHORIZED REPRESENTATIVE of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   January 22, 2025

MARCO A. MONROUZEAU BONILLA/AUTHORIZED REPRESENTATIVE
Signer/Title

NEOLPHARMA INC.
99 JARDINES ST.
CAGUAS, PR 00725

AMERICAS, INC.
1680 AKRON
PENINSULA ROAD SUITE 101
AKRON, OH 44333

BECKMAN COULTER, INC.
481 CALIFORNIA AVE.
GRANTS PASS, OR 94526

CARMEN D. CONDE TORRES
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

ANYTIME TRANSPORT, INC.
PO BOX 11647
SAN JUAN, PR 00922-1647

BELL MEDICAL SERVICES, INC.
120 VANDERBURG RD
MARLBORO, NJ 07746

ACCURATE MANUFACTURING INC.
PO BOX 37
CAROLINA, PR 00986-0037

ATCC (AMERICAN TYPE CULTURE COLLECTION)
5779 COLLECTION CENTER DR
CHICAGO, IL 60693

BERRIO PLASTICS CORPORATION
PO BOX 637573
CINCINNATI, OH 45201

ACHA TRADING
PO BOX 9020150
SAN JUAN, PR 00902-0150

ATLANTIC METAL MANUFACTURING INC.
PO BOX 6505
CAGUAS, PR 00726

BETTER OPTIONS SALES & SERV.
PO BOX 425
GURABO, PR 00778

ACTION CARGO TRANSPORT, INC.
PO BOX 9020737
SAN JUAN, PR 00902-0737

AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS
PO BOX 70101
SAN JUAN, PR 00936-8101

BIOANALYTICAL INSTRUMENTS, IN
PO BOX 270021
SAN JUAN, PR 00927

AGILENT TECHNOLOGIES
4376 COLLECTION CENTRE DRIVE
CHICAGO, IL 60693

AYLWARD ENTERPRISES INC.
401 INDUSTRIAL DR
NEW BERN, NC 28562

BIOPHARMA CONSULTING JAD C
COND VILLAS DEL MAR ESTE 47
AVE ISLA VERDE CM2
CAROLINA, PR 00979

AGORAS INDOOR AIR QUALITY LLC
1239 CALLE CARMELITAS DESCALZOS
URB. SAN JOSE
PONCE, PR 00728

BANCO POPULAR DE PR
POR BOX 366818
SAN JUAN, PR 00936-6818

BIOPHORE PHARMA, INC.
1 DEERPARK DRIVE, SUITE F-8
MONMOUTH JUNCTION, NJ 08852

ALCAMI CORPORATION
PO BOX 603059
CHARLOTTE, NC 28260-3059

BATTERIES PLUS
URB. CAGUAS NORTE
CALLE NEBRASKA AX-9
CAGUAS, PR 00725

BOSTON ANALYTICAL, INC.
14 MANOR PARKWAY
SALEM, NH 03079

AMCOR FLEXIBLES PR INC.
C/O RVM PROFESSIONAL SERVICES, LLC
A4 REPARTO MENDOZA
HUMACAO, PR 00791

BEACH TECHNOLOGY SOLUTIONS, INC
3302 E. WARDLOW RD
LONG BEACH, CA 90808

BUENA COSECHA PR, LLC
URB. BOSQUE REAL
CALLE PALMA REAL B-11
CIDRA, PR 00739

CADILLAC UNIFORMS & LINEN SOLUTIONS, CORP.
221 AVE. LAUREL
BAYAMON, PR 00959

PO BOX 36098
SAN JUAN, PR 00936-0998

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

CAGUAS COMMERCIAL
PO BOX 8819
CAGUAS, PR 00726

CONSOLIDATED WASTE SERVICES, LLC
PO BOX 1322
GURABO, PR 00778

DEPARTAMENTO DE JUSTICIA DE PR
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

CAGUAS PETROLEUM GROUP, INC.
PO BOX 50485
TOA BAJA, PR 00950

CORPORACION DE PR PARA LA DIFUSION
PUBLICA
PO BOX 190909
SAN JUAN, PR 00919-0909

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

CAPSUGEL MANUFACTURING
PO BOX 640091
500 FIRST AVE.
PITTSBURGH, PA 15264-0091

COSME CORP., LLC
PO BOX 361
TOA BAJA, PR 00951

DHL GLOBAL FORWARDING
PO BOX 4756
CAROLINA, PR 00984

CARIBE PRO SERVICES, INC.
URB ALTURAS DE LUCHETTI J 21
MANATI, PR 00674

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DIAZ & NEGRON, LLC
PO BOX 363004
SAN JUAN, PR 00936-3004

CEDIPROF, INC.
99 JARDINES ST.
CAGUAS, PR 00725

CROWLEY LNG PUERTO RICO, LLC
C/O FAST SOLUTIONS, LLC, CITI TOWERS
252 PONCE DE LEON AVENUE, FLOOR 20
SAN JUAN, PR 00918

E.L. FILTER SALES, INC.
898 MUNOZ RIVERA AVE, SUITE 2
SAN JUAN, PR 00927

CENTRO AUTOMOTRIZ JUANO
CARR 1 KM 34.1
DENTRO DE GARAJE GULF
CAGUAS, PR 00725

CROWLEY LNG PUERTO RICO, LLC
ORIENTAL CENTER, SUITE P1
254 MUNOZ RIVERA AVENUE
SAN JUAN, PR 00918

ECDC CONSULTING GROUP, LLC
PO BOX 1343
TRUJILLO ALTO, PR 00977

CHEMICAL & CHROMATOGRAPY SUPPLIES INC.
451 AVE. HOSTOS
SAN JUAN, PR 00918

DATA IIX SOLUTIONS, INC.
6 NORMANDIE
ALISO VIEJO, CA 92656

ECHO CONSULTING GROUP, INC
PMB 274, #200 AVE. RAFAEL CO
SUITE 140
CAGUAS, PR 00725

CHEMTREC
2900 FAIRVIEW PARD DR
FALLS CHURCH, VA 22042-4513

DAVID KIVETT
C/O BRIAN C. LEGROW
717 CONSTITUTION DRIVE, SUITE 201
EXTON, PA 19341

ECOLAB MANUFACTURING, INC.
PO BOX 9022946
SAN JUAN, PR 00902-2946

EDWIN NAVARRO GONZALEZ
PO BOX 1600
SUITE 311
CIDRA, PR 00739

FEDEX CUSTOM CRITICAL
PO BOX 371627
PITTSBURGH, PA 15251-7627

IMA NORTH AMERICA, INC.
7 NEW LANCASTER ROAD
LEOMINSTER, MA 01453

EFREN OCAMPO LOPEZ
CALZADA DE TLAPAN NO. 4369
COL TORIELLO GUERRA
MEXICO, FD 14050

FEDEX FREIGHT, INC.
PO BOX 9022946
SAN JUAN, PR 00902-2946

IMAGE DIRECT-IDEESS, INC.
SUITE 140 PMB 458
CAGUAS, PR 00725

ELIZABETH SCHEUT KNISS
1500 WEST ORMSBY AVE.
LOUISVILLE, KY 40210

FISHER SCIENTIFIC
PO BOX 3648
BOSTON, MA 02241-3648

IMCD US
20 ELM STREET
HARRINGTON PARK, NJ 07640

EMBIO LIMITED
501 SENTINEL 5TH FLOOR CENTRAL AVENUE
MUMBAI INDIA 40076

FLEXLINK SYSTEMS, INC.
PO BOX 599, VICTORIA STATION
AGUADILLA, PR 00605

INSTRUMENTATION SERVICES, I
PO BOX 11953
SAN JUAN, PR 00922

EMPIRE GAS COMPANY, INC.
PO BOX 363651
SAN JUAN, PR 00936

GENERIC MANUFACTURING CORP.
27455 BOSTIK CT.,
TEMECULA, CA 92590

INTEGRITY LLC DBA TEAMLOGIC
METRO OFFICE PARK BLDG 7
SUITE 204
GUAYNABO, PR 00968

EQ LABS ENVIROMENTAL QUALITY LABORATORIES
PO BOX 11458
SAN JUAN, PR 00910-1458

GERANG USA SALES, LLC
C/O RVM PROFESSIONAL SERVICES, LLC
A4 REPARTO MENDOZA
HUMACAO, PR 00791

IRS
ACTIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

ERNESTO LOPEZ & ASSOCIATES, INC.
898 MUNOZ RIVERA AVE, SUITE 204
SAN JUAN, PR 00927

GRAINGER CARIBE, INC.
105 CONQUISTADORES AVE.
CATANO, PR 00962-6774

IRS
CENTRALIZED INSOLVENCY OPE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ESTRELLA, LLC
PO BOX 9023596
SAN JUAN, PR 00902

HECTOR CABRERA
PO BOX 51392
TOA BAJA, PR 00950

JOHNNY RULLAN & CO., INC.
RR 3 BOX 3710
SAN JUAN, PR 00928

EUROFINS LANCASTER LAB, INC.
2425 NEW HOLLAND PIKE
LANCASTER, PA 01760

HEES MACHINERY & SERVICES, INC.
PO BOX 366806
SAN JUAN, PR 00933-6680

JOHNSON CONTROLS, INC.
1617 JFK BLVD SUITE 1140
PHILADELPHIA, PA 19103

JOSE A. GONZALEZ DE JESUS
HC-20 BOX 29080
SAN LORENZO, PR 00754

MAYS OCHOA
PO BOX 363968
SAN JUAN, PR 00936-3968

MOTION INDUSTRIES INC.
PO BOX 404130
ATLANTA, GA 30384-4130

KORBER MEDIPAK SYSTEMS NA INC.
PO BOX 79712
BALTIMORE, MD 21279-0712

MCS HEALTH MANAGEMENT OPTIONS, INC.
MCS LAZA SUITE 160
255 PONCE DE LEON AVENUE
HATO REY, PR 00180

NATIONAL STANDARD OF P.R.
PO BOX 11936
SAN JUAN, PR 00922-1936

LANNETT COMPANY, INC.
1150 NORTHBROOK DR. SUITE 155
FEASTERVILLE TREVOSE, PA 19053-8449

MEDDRUG OCCUPATIONAL HEALTH SERVICES
E3 AVE. LUIS MUNOZ MARIN
REPARTO CAGUAX
CAGUAS, PR 00725

NATOLI ENGINEERING COMPANY
28 RESEARCH PARK CIRCLE
SAINT CHARLES, MO 63304

LCDO. JULIO CESAR OSUNA
CALLE 15 N-3
URB. SANTA JUANA
CAGUAS, PR 00725

MENACO CORPORATION
PO BOX 70183
SAN JUAN, PR 00936-8183

NEOTEK CORP.
90 URB LAKE VIEW EST
CAGUAS, PR 00725

LIGHT GAS CORP.
PO BOX 1155
SALINAS, PR 00751

MESSER GAS PUERTO RICO INC
PO BOX 363868
SAN JUAN, PR 00936

NESTOR REYES, INC.
PO BOX 9023474
SAN JUAN, PR 00902-3474

LIGHTING & CONTROLS AUTOMATION, INC.
PMB 1115, PO BOX 4956
CAGUAS, PR 00725

METRO TECH CORP.
PO BOX 975
SAN LORENZO, PR 00754-0975

OPTEL GROUP USA, INC.
PO BOX 9022946
SAN JUAN, PR 00902-2946

LINDE PUERTO RICO BV
ROUTE 189 INT. 931
BARRIO NAVARRO
GURABO, PR 00778

MICRON PHARMAWORKS INC.
2346 SUCCESS DRIVE
ODESSA, FL 33556

ORIENTAL BANK
PO BOX 195115
SAN JUAN, PR 00919-5115

LUMA ENERGY, LLC
PO BOX 363508
SAN JUAN, PR 00936-3508

MM PACKAGING
PO BOX 999
GUAYNABO, PR 00969

ORIENTAL BANK
254 MUÑOZ RIVERA AVE.
HATO REY, PR 00918

MAPFRE PRAICO INSURANCE COMPANY
PO BOX 70333
SAN JUAN, PR 00936-8333

MOTION INC.
CARRETERA 2 KM. 16.60
BO. CANDELARIA
TOA BAJA, PR 00950

PACE ANALYTICAL
GALLERY PLAZA
107 AV. GONZALEZ GIUSTI, SUIT1
GUAYNABO, PR 00969

PACIFIC PACKAGING
PO BOX 697
WILMINGTON, MA 01887

PRIME AIR CORP.
PO BOX 810240 AMF STATION
SAN JUAN, PR 00921

RUBBER & GASKET CO OF PR,INC.
PO BOX 29045
SAN JUAN, PR 00929

PAS TECHNOLOGIES, INC.
#9 WEST PEDRO ARZUAGA ST.
CAROLINA, PR 00985

PSICOFARMA, S.A. DE C.V.
CALZADA DE TLAPAN NO. 4369
COL TORIELLO GUERRA
MEXICO, DF 14050

SELLOS TITAN +, CORP.
LOMAS VERDES, N20 AVE LOS V
BAYAMON, PR 00956

PEDRO GONZALEZ SANTINI DBA PEGS
PO BOX 360713
SAN JUAN, PR 00936-0713

PVSR CORPORATION
PO BOX 1548
VEGA BAJA, PR 00694-1548

SOLENIS LLC
2475 PINNACLE DRIVE
VILLANOVA, PA 19085

PEERLESS OIL & CHEMICALS, INC.
FIRM DELIVERY 671 RD 337
PENUELAS, PR 00624-7513

QUALITY LAB ACCESSORIES, LLC
2840 CLYMER AVE
TELFORD, PA 18969

STAR ELECTRICAL SERVICES &
SUPPLIES , INC.
PO BOX 814
LAS PIEDRAS, PR 00771

PERFECT CALIBRATIONS INC.
CALLE ESTACION 1B PMB 26
VEGA ALTA, PR 00692

R&H PHARMACY, INC.
1645 JERICHO TPKE STE 102
NEW HYDE PARK, NY 11040

STEVEN GLOBAL LOGISTICS
PO BOX 810240 AMF STATION
CAROLINA, PR 00983-0240

PERSONNEL SCREENING AFFAIRS
AVE PONCE DE LEON #1311
SUITE 305
SAN JUAN, PR 00907

R&T ROOFING CONTRACTOR, INC.
PO BOX 55015
STATION ONE
BAYAMON, PR 00960

SYNTEGON TECHNOLOGY SERVI
AGUSTIN STAHL, CARR. 174 A-10
BAYAMON, PR 00956

PHENOMENEX INC.
PO BOX 749397
LOS ANGELES, CA 90074

RC INSULATION SERVICES, INC.
PO BOX 1635
CAYEY, PR 00737

SYSTRONICS, INC.
P.O. BOX 194030
SAN JUAN, PR 00919-4030

PLAN DE SALUD MENONITA
PO BOX 364668
SAN JUAN, PR 00936

RENTOKIL OF PUERTO RICO, INC.
PO BOX 363888
SAN JUAN, PR 00936-3888

TECHNICAL DISTRIBUTORS
PO BOX 3826
GUAYNABO, PR 00970

POWER ENGINEERING INC.
PO BOX 361905
SAN JUAN, PR 00936-1905

ROMERO NIEVES LAW OFFICES, LCLC
268 AVENIDA PONCE DE LEON
THE HATO REY CENTER, SUITE 1100
SAN JUAN, PR 00918-2007

TECHNICAL POWER SERVICES, I
PO BOX 3826
GUAYNABO, PR 00970

TECHNICAL SUPPORT & SERVICES, LLC
PARQUE LAS HACIENDAS
CALLE OTOAU F-11
CAGUAS, PR 00725

TRUST SECURITY SOLUTION, INC.
REPARTO MARQUES, CALLE 1 B- 28
ARECIBO, PR 00612

WEILER LABELING SYSTEMS, LL
PO BOX 933141
CLEVELAND, OH 44193

TECHROM, INC.
PO BOX 5588
CAGUAS, PR 00726

UHLMANN PACKAGING SYSTEMS LP
44 INDIAN LANE EAST
TOWACO, NJ 07082-1032

WEST INDIES VALVE CORP.
PO BOX 7511
PONCE, PR 00732-7511

THOMAS SCIENTIFIC PR, INC.
C/O RVM PROFESSIONAL SERVICES, LLC
A4 REPARTO MENDOZA
HUMACAO, PR 00791

UHY DEL VALLE & NIEVES PSC
PO BOX 361863
SAN JUAN, PR 00936-1863

WESTROCK
47 AMELIA ST.
AMELIA IND. PARK
GUAYNABO, PR 00968-8003

TOMAS CUERDA, INC.
PO BOX 363307
SAN JUAN, PR 00936

ULINE, INC.
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741

TORRES FONTANEZ ENGINEERING & ASSOCIATES
VILLA DEL CARMEN
#3114 CALLE TURPIAL
PONCE, PR 00716-2251

ULTICARE SOLUTIONS CORP.
PO BOX 8457
CAGUAS, PR 00726-8457

TRANE PUERTO RICO, INC.
PO BOX 9000
SAN JUAN, PR 00908-9000

UNIVAR USA, INC.
PO BOX 34325
SEATTLE, WA 98125

TRANSFUEL, LLC
PO BOX 711
MAYAGUEZ, PR 00681

US DEPARTAMENT OF JUSTICE
TORRE CHARDON, SUITE 1201
350 CARLOS CHARDON ST.
SAN JUAN, PR 00918

TRIUMVIRATE ENVIRONMENTAL SERVICES, INC.
3701 SW 47TH AVE.
DAVIE, FL 33314

VWR ADVANCED INSTRUMENTS, LLC
C/O RVM PROFESSIONAL SERVICES, LLC
A4 REPARTO MENDOZA
HUMACAO, PR 00791

TROPIGAS DE PUERTO RICO, INC.
PO BOX 70205
SAN JUAN, PR 00936-8205

WARREN DEL CARIBE
PO BOX 309
CAGUAS, PR 00726

### United States Bankruptcy Court
#### District of Puerto Rico

In re   NEOLPHARMA INC.

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   NEOLPHARMA INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

NEOLPHARMA INTERNATIONAL S.A. DE C.V.
99 JARDINES ST.
Caguas, PR 00725

☐ None [*Check if applicable*]

January 22, 2025

Date

CARMEN D. CONDE TORRES 207312
Signature of Attorney or Litigant
Counsel for   NEOLPHARMA INC.
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900 Fax:787-729-2203
condecarmen@condelaw.com